UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **VERIZON NEW ENGLAND, INC.,** )<br>)<br>**Plaintiff** )<br>)<br>v. )<br>)<br>**PUBLIC UTILITIES COMMISSION** )<br>**OF MAINE, et al.,** )<br>)<br>**Defendants.** ) | Civil No. 05-53-B-S |

## ORDER OF RECUSAL

Having a conflict in this case, in accordance with the provisions of 28 U.S.C. § 455, I hereby recuse myself from presiding over future proceedings in this matter.

**SO ORDERED.**

                                                  /s/ George Z. Singal
                                            Chief United States District Judge

Dated this 28th day of September, 2005.