UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| VERIZON NEW ENGLAND INC. d/b/a<br>VERIZON MAINE,<br><br>                Plaintiff<br><br>                v.<br><br>MAINE PUBLIC UTILITIES<br>COMMISSION, ET AL,<br><br>                Defendants | Civil Action No. 05-53-B-C |

**ORDER DENYING MOTION OF COMTEL/ALTS FOR
LEAVE TO PARTICIPATE AS AMICUS CURIAE PLUS**

Before the Court is the Motion of Comtel/Alts for Leave to Participate as Amicus Curiae plus (Docket Item No. 16)[1]. After full review of the written submissions on the said Motion, it is hereby **ORDERED** that said Motion be, and it is hereby, **DENIED** in all aspects, the Court **FINDING** (1) that the proposed participation of the movant as described in the papers is not demonstrated to establish that the movant can make an additional contribution to the resources of advocacy provided to the Court by counsel for the parties and the existing amici in respect to provision of additional facts or argumentation that will be necessary or helpful to the enhancement of the Court's ability to administer resolution of the issues in the case; (2) that the expertise, resources, and interests of the parties and the present amici are entirely adequate to assure effective representation of the interests of all parties and entities of interest in the issues to be adjudicated in this litigation (see Order on Motion to Intervene (Docket Item No. 20 at 5)); and (3) that filing briefs duplicating the efforts of counsel for the parties and existing

---

[1] The Motion seeks, in the alternative to Amicus Curiae plus, to be allowed standard Amicus Curiae status.

amici will constitute an unnecessary burden on the Court, impede the most expeditious resolution of the case that may otherwise be possible, and is not in the best interests of judicial economy.

/s/Gene Carter_____
GENE CARTER
Senior U.S. District Court Judge

Dated at Portland, Maine this 12th day of October, 2005.