UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| VERIZON NEW ENGLAND INC. | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil No. 05-53-B-C |
| | ) | |
| PUBLIC UTILITIES COMMISSION OF | ) | |
| MAINE, et al | ) | |
| | ) | |
| Defendant | ) | |

## **INTERIM TEMPORARY INJUNCTION**

It is hereby <u>ORDERED</u> that Defendant, Maine Public Utilities Commission, be and it is hereby temporarily enjoined from taking any enforcement action with respect to its September 13, 2005 Order that Plaintiff, Verizon New England, Inc., file a wholesale tariff within 60 days of September 13, 2005 (Exhibit C attached to Declaration of Robert Meehan (Docket Item No. 29)) pending this Court's decision on Plaintiff's Motion for a Preliminary Injunction (Docket Item No. 28).

/s/Gene Carter_____
GENE CARTER
Senior U.S. District Judge

Dated at Portland, Maine this 8th day of November, 2005.