UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| NORTHERN NEW ENGLAND ) <br> TELEPHONE OPERATIONS, LLC ) <br> D/B/A FAIRPOINT ) <br> COMMUNICATIONS, ) <br> ) <br> PLAINTIFF ) <br> ) <br> v. ) <br> ) <br> PUBLIC UTILITIES ) <br> COMMISSION OF MAINE, ET AL., ) <br> ) <br> DEFENDANTS ) | CIVIL NO. 05-53-B-H |

ORDER DENYING MOTION TO INTERVENE AND
ENJOINING JONATHAN LEE RICHES FROM FILING

On February 19, 2008, Judge Singal entered an order enjoining Jonathan Lee Riches from filing any new cases without leave of court in Riches v. Gilbert, No. 2:08cv10-S.  See Cok v. Family Court of Rhode Island, 985 F.2d 32 (1st Cir. 1993).

On June 30, 2008, Riches filed motions to intervene and motions to amend the complaint in various pending cases.  Judge Singal warned Riches from filing any additional pleadings in those matters absent prior approval of the Court. "Should any additional frivolous or abusive pleadings be filed this restriction may expand to cover any pleadings filed in any matter in this Court." American Nat'l Fire Ins. Co. v. York County, No. 2:06cv200-S (Docket Item 107); Hawkins v. Kiely, No. 08cv139-S (Docket Item 15).

On July 10, 2008, the Clerk's Office received 17 additional motions to intervene submitted by Riches in various cases, including this one.

The motion to intervene in this case is frivolous and demonstrates that Riches continues to be an abusive litigant. The motion to intervene is **DENIED** and this further order is necessary.

After previous warnings by Judge Singal, Jonathan Lee Riches is hereby **ENJOINED** from making any type of filing in this case or any pending case in the District of Maine without prior leave of this Court. The Clerk of this Court is directed to refuse to receive, file or docket, without prior order of this Court, any such paper submitted by or on behalf of Riches. If Riches wishes to appeal this Order, he shall file a paper notice of appeal with the Clerk's Office of this Court within the time allowed by the Federal Rules of Appellate Procedure.

**SO ORDERED.**

**DATED THIS 17TH DAY OF JULY, 2008**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**